**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 4:24-CR-00524 RWS |
| | ) | |
| | ) | |
| JOELLE FOUSE, | ) | |
| | ) | |
| Defendant. | ) | |

---

**DEFENDANT JOELLE L. FOUSE'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE**

---

Comes now Defendant Joelle Fouse, by and through Counsel, and supplies the following information in support of a downward variance from the advisory guideline range:

## BACKGROUND

Joelle Fouse is a 58-year-old woman with no prior criminal history whatsoever. After graduating high school, Ms. Fouse attended college and has been gainfully employed thereafter. This case, and Ms. Fouse's behavior, stands in stark contrast to the life that she led prior to working for Rainbow Village/Promise Community Homes, a matter that will be addressed more fully below.

It is for these reasons, among others, that Counsel moves this Court to consider a downward variance.

**COMMUNITY VOLUNTEER**

*Joelle's heart for service extends far beyond her circle of friends. At church, I have seen her lead major hospitality and culinary efforts coordinating and preparing meals for large events, often with little recognition and much sacrifice.*

*Beyond the church, Joelle is deeply committed to her community. She has opened her home to support young people during critical life transitions and has poured herself into mentoring, feeding, and uplifting others though her business and volunteerism. Her catering company is not just a business, it's an extension of her ministry, where she combines her culinary girts with her heart for people.*

**~Fred Thomas, Church Deacon and Friend**

*Joelle has demonstrated a sincere heart for others, often volunteering her time and energy toward causes that uplift and support the most vulnerable. I have witnessed her working with ministries that support the Charles Drew Blood Drive, the Community Women Against Hardship, and even still, she has hosted our annual Hattitude & Hankie Tea, which generated scholarship support for students. Whether organizing support efforts for those in need, caring for friends during times of crisis, or simply offering a listening ear, Jelle has consistently modeled the kind of character and empathy that speaks volumes about her personal values.*

**~Christopher L. Rogers, Sr., Senior Pastor at First Baptist Church**

*Beyond Joelle's relationship with me and my family, she is an active member of her church and consistently looks for ways to serve others. Over the past six years, I have also helped with her catering business, Elle7, and have developed a strong, trusting professional relationship. Helping Joelle with Elle7, has truly been a blessing not only to me but to the community as well. We have catered for school events, medical centers, and have donated services on behalf of Elle7 to a local nonprofit that supports the well-being of young girls and women. In the past 6 years of building a professional relationship with Joelle, she has never broken my trust or done anything for me to question her character.*

**~Felecia Johnson, Friend**

While many Defendants try to paint a picture of being "community oriented" when they find themselves in trouble, such is not the case with Joelle Fouse. Joelle has been actively volunteering in the community for decades. And her community spirit was noted throughout the multitude of letters penned by her many friends and church members. It is more than evident that Ms. Fouse genuinely cares about making the world a better place.

## LOYAL FRIEND

*One of my fondest memories of Joelle dates back several years when she helped my young daughter bake a cake for the first time. While it may seem small, Joelle boosted my daughter's confidence. To this day, that has left a bright impression on both my daughter's and my memory.*

**~Kimberly Hodge-Bell, Friend and Fellow Church Member**

*Joelle Fouse is a dear friend of mine whom I consider family. She has been active in my children's lives as they transitioned from school to adulthood; she is like an aunt to them and is highly respected and loved. Since the moment we met, I felt deeply connected to her. For example, for many years I carried the weight and trauma of my sister's homicide. It wasn't until Joelle and I truly connected that I began to let go and realize that it was not something I had to continue to carry alone. From that moment on, I know that what we had was more than a friendship-we were more like sisters and she sincerely changed by life.*

**~Felecia Johnson, Friend**

*One of the most impactful examples of her support came when I became a full-time caregiver for my mother. Joelle was incredibly supportive during that transition. One of the most helpful things she did was introduce me to meal prepping, something I had never done before. This act of kindness made a huge difference in our lives and helped lighten my load during a very stressful time. Additionally, when I lost my father just over two years ago, Joelle didn't hesitate to show up and serve at his repast. Her presence, her service, and her empathy meant the world to me.*

*I've observed Joelle go above and beyond to help anyone she encounters. As a single woman, she has lovingly raised someone else's child, instilling in her the values of love, honor, respect and responsibility. She is deeply committed to community service, having volunteered for various projects, served on boards, and advocated for those who could not advocate for themselves.*

**~Angela Norfleet, Friend**

*Joelle has always been there for me and my daughter, especially during the most challenging times. One specific instance that stands out is when I faced a family emergency and had to travel out of town during the school year. Without hesitation, Joelle stepped in and cared for my daughter for several days. She didn't ask for explanations only for the necessary details, like where to pick her up and what her dietary needs were. That level of trustworthiness and selflessness speaks volumes about her character.*

*Beyond her actions, Joelle is a source of strength and encouragement in my life. She holds me accountable when I fall short and motivates me to stay focused on my goals. She is someone who uplifts those around her presence is a true gift to anyone fortunate enough to know her.*

**~Dr. Tenille Rose Martin, Friend**

*Joelle was an amazing person to share a home with thoughtful, respectful, kindhearted, and grounded in her values. Her unwavering faith and the way she lived her life with purpose and humility left a lasting impact on me. We shared similar principles, which made our home feel peaceful. Loving and spiritually rich.*

*Joelle was deeply involved in volunteering in different ministries at the church, and I always admired how she balanced the demands of her career with a strong commitment to serving her community. Her dedication, compassion, and selflessness inspired me every single day.*

*To this day, Joelle continues to be a pillar of strength and light in my life. She is more than a friend, she is family. I admire her for her integrity, her spiritual depth, and her unwavering commitment to living a life of meaning and service. I am truly blessed to know her and I hold our bond as one of the greatest gift life has given me.*

**~Larissa Ceron, Friend and Former Roommate**

Ms. Fouse is a good and loyal friend. She has been there for her loved ones through good times and bad. What her friends did not say in their many letters to this Court was how difficult a task it was to ask them to write letters on her behalf. Joelle Fouse has spent her life giving and helping others. She has never really needed to call on her friends to help her. When you are that person, the rock in your communal circle, admitting to those around you that you need help and that you are in trouble is an intensely heart wrenching moment. Somehow, Ms. Fouse found the courage to do just that. Naturally, her friends were more than happy to help her and to a person, have said that they will never leave her side.

## FAITHFUL CHURCH MEMBER

*…Our congregation was deeply blessed by the presence and participation of Joelle Fouse and her family. She was a regular attendee and served faithfully as a member of our Senior Usher Ministry and as Director of our Christian Resource Center. She also partnered with my personal ministry T.D. Stubblefield Ministries, LLC, offering her time and talents in catering for various special events. In the twenty years I served that congregation and in my ongoing ministry efforts, I have never had reason to question her integrity, character or commitment.*

**~Dr. T. D. Stubblefield, Law Enforcement Chapter and Pastor**

*From the very beginning, Joelle impressed me with her willingness to step into unfamiliar roles and serve with humility and excellence…She played a key role in transforming our outdated and underused library into a thriving Christian Resource Center. She secured book donations, implemented an organized checkout system, and revamped how our church distributed sermon recordings. She even revived and elevated a beloved women's event, the Hattitude and Hankie Tea, into a signature celebration of sisterhood and spiritual growth.*

**~Trudi McCollum Foushee, Friend and Fellow Church Member**

*I have had the pleasure of getting to know Joelle over the years. She is a sweet and kind person with a gentle soul. Joelle is always seeking ways to serve the needs of others. She lends her time and energy in whatever capacity is needed. She is an active member in church serving on various ministries, including leading the culinary team and church library/resource center. She has served on various boards in the community including City Gardens Montessori School. As an entrepreneur and caterer, she goes above and beyond servicing the needs of her clients, including making accommodations for any dietary and food restrictions, even if it is just for one guest.*

*Joelle is a loyal and devoted friend and really considered to be part of my family attending various family functions and celebrations. She is a devoted Christian and in times of stress, she is there to lend support. At this time of uncertainty my love and friendship for Joelle has not and will not waiver.*

**~Gina Young, Fellow Church Member**

*Shortly after joining FBCC, I met Joelle Y. Fouse. I was immediately drawn to her infectious spirit and quickly recognized her deep faith in God and her servant's heart. At the time, she served as President of the Christian Resource Center. Inspired by her leadership and spiritual dedication, I joined the ministry and later became co-lead alongside her. Together, under Joelle's leadership, we raised a record amount in scholarship donations for the FBCC College Fund. Throughout my sixteen years at FBCC, I have consistently witnessed Joelle's unwavering commitment to ministry and service.*

*Joelle's servanthood extends far beyond the Christian Resource Center. She is also an integral member of the Culinary Ministry Team, where she has developed and refined her talents as a chef. More importantly, she uses this role as a form of ministry, nourishing not only the body but also the spirit of those she serves.*

*My support and belief in Joelle is unwavering. She is a special soul and a godly and faithful woman.*

**~Wenda L. Williams Peterkin, Fellow Church Member**

Beyond her friends and the community at large, Ms. Fouse is exceedingly active in her church. She has taken on a multitude of leadership roles and has developed and redeveloped

programs that have helped sustain her church and uplift the membership. Again, what is evident from her church community is that Joelle Fouse did not come to religion because she found herself facing criminal charges. To the contrary, she has been actively attending her church, supporting her church and leading church programs for the majority of her life.

**PROMISE COMMUNITY HOMES**

*Joelle has been very generous in her friendship with me. She has opened her home to me, shared dinners with me, assisted me with personal tasks and prayed with me. She has discussed her personal and professional goals and aspirations. I am also personally aware that she opened her home and housed a young single mother and her daughter for some time in 2023. She is always collaborating with her church family to provide food and other needed services. During these last recent storms/tornados, her and neighboring homes were damaged. I know that she and a friend were active within the community to help clean up years, streets and ally ways.*

**~Jessica S. Illert, former Development Manager and Accounting Specialist at Promise Community Homes, aka Rainbow Village**

*We met in 2017 when I interviewed for the Staff Accountant position at, what was at the time, Rainbow Village. She offered me the position and our friendship grew over the years as we worked together, until December 2023, when our employment was terminated.*

*I have had the privilege of witnessing Joelle perform numerous acts of kindness over the years. Anything as small as offering some food or beverage to someone to larger acts such as donating her time and volunteering, saving a life by sitting with a suicidal co-worker and keeping them calm while waiting for the ambulance. She has always been a person of high moral character, displaying honesty and compassion in her actions. She has consistently shown respect for others, treating individuals from all walks of life with dignity and kindness.*

**~Bethany Miller, Friend and Former Co-Worker at Promise Community Homes**

*I have known Joelle for the past 12 years. I initially met Joelle while serving as a board member of Promise Community Homes formerly known as "Rainbow Village". During my 7 year term serving as a board member(Joelle) was employed there. Joelle always displayed a great attitude and was an asset to everyone that worked with her. Joelle was highly esteemed by both the board and the Promise Community Leadership.*

*Joelle understand the concept of servant leadership. She is an extremely high achiever in every challenge that she encounters. From her love for her family, her pursuit of culinary excellence, to her passion as an accounting professional. Joelle has demonstrated that she is truly an asset to many in our community.*

**~Frank Wilson, Former Board Member at Promise Community Homes, aka Rainbow Village**

*I have known Joelle for over 4 years while on the board and at least 10 years total. I met Joelle while I was a member of the Rainbow Village Inc. Board where her dedication to the organization was evident. She was compassionate about the mission and vision of the organization. Deeply concerned about the residents and the future of this community enriching organization.*

*She worked long hours and provided extra effort to any issues and solid accounting advice to the board. I know from my heart that Joelle is a "get the job done" leader and offered her whole-self to meet the needs of people and the community, work and support friends.*

**~Dr. Ramona Tumblin-Rucker, Former Board Member at Promise Community Homes**

In his letter to this Court, the Executive Director of Promise Community Homes Matt Elmore eloquently set forth the outrage and betrayal felt by that organization. He is dead on. This never should have happened and for her wrongdoing, Ms. Fouse will pay a heavy price.

With that said, there were several passages in his letter that do not square with the picture painted by Ms. Fouse's former co-workers at Promise. First, he states that Ms. Fouse "poisoned our workplace. She fostered division, turned colleagues against each other and created an environment of dysfunction". Counsel has spoken with a number of Promise Community employees that interacted with Ms. Fouse for years, none of whom felt this way. In fact, they were very supportive of her attitude and spirit around the office throughout her tenure there.

Mr. Elmore also states that Ms. Fouse "was always the first and strongest advocate for raising rents for our residents…". Again, that is simply not consistent with what Counsel has learned from Ms. Fouse's peers at Promise Community. Rental rates were largely, if not entirely, driven by government (HUD) regulations and funding. Promise Community also utilized an operations employee to analyze comparable rental rates in the area to assist in determining the appropriate market rates for properties.

Ms. Fouse cared deeply about the Promise Community residents and her fellow employees. She worked there for eleven years, among the longest serving employees at Rainbow Village/Promise Community and was beloved by her co-workers and the residents alike.[1]

## RESTITUTION

Ms. Fouse is well aware that her sentence will include restitution for the entire loss suffered by Promise Community Homes. Early on in this process, Ms. Fouse indicated her desire to repay a part of the restitution using monies that she saved in her 401(k). Counsel contacted the civil division of the United States Attorney's Office, concerned that a withdrawal of money from one's 401(k) prior to age 59 ½ would be subject to a significant penalty. The United States Attorney confirmed as much, stating that even if the money was used to pay court-ordered restitution, there would almost certainly be subject to the mandatory penalty. As such, the United States Attorney recommended that Ms. Fouse allow them to garnish the 401(k) after sentencing to perhaps circumvent the penalty. Ms. Fouse is fully prepared to take whatever steps necessary to assist the Government in securing those monies.

## DEVOTED FAMILY PERSON

*She was a tireless caregiver to her sister during cancer treatment and to her mother through her heart health struggles,  She also opened her home to her goddaughter during critical life transitions first during her high school years, and most recently as a mother, helping her find stability and begin training as a dental hygienist.  I have personally experienced Joelle's compassion and support, especially following the death of my husband.  She was there, not just in thought, but in action, presence and care.*

**~Trudi McCollum Foushee, Friend and Fellow Church Member**

---

[1] Mr. Elmore started working at Promise Community during the last year of Ms. Fouse's employment there. On information and belief, they only worked together for approximately eight months.

*Although she is not my biological aunt, Joelle has been like a mother to me throughout my life. She stepped into that role when I was 2 years old and cared for me until age 8. I was in her care again in middle through high school, until the 11th grade. I returned home to finish high school and I know I was able to graduate because of what she instilled in me. She has mothered me, guided me with love, stability, and encouragement, until this very day.*

**~Dalisa Wilcoxen, Neice**

*In 2011 shortly after moving to St. Louis, we received a phone call that an ambulance was at our home. We were informed that our mother had a stroke. Joelle and I were unglued and panicked. Even in her panic Joelle did what she always did: she pulled it together and jumped on the next plane to California and stayed there until mom was released to come home. She took care of mom's home, paid the mortgage, kept up with her finances and anything else she needed for 3 years. This whole time, I could see worry and concern about mom's recovery on Joelle's face, but she just kept pressing on.*

*On top of that in August of 2014, I was diagnosed with Invasive Ductal Carcinoma, a very aggressive form of Breast Cancer. By now Joelle is at her breaking point and everyone could see it. Not only had we almost lost our mother, but now her little sister just received a life-threatening diagnosis. She again was there for me, rallying all our family, asking for prayer from our church, putting together fund raisers through American Cancer Society and Susan G. Koman. Joelle cooked my meals and took me to chemotherapy and radiation appointments. She was there for it all.*

**~Loretta Fouse, Sister**

The letters provided to this Court present a very different picture of Ms. Fouse. She is a loyal and devoted friend, a servant to her community and a tireless volunteer at her church. But more than that, she is a deeply caring family person, one who would do anything for her closest loved ones. Such is most evident in the letter presented by her sister, Loretta Fouse. In it, Loretta details how their mother suffered a life-threatening stroke in 2011 and then in 2014, she herself was diagnosed with "a very aggressive form of breast cancer". Joelle is not a stand on the sidelines kind of sister. Instead, she dropped everything to be at their side and help them in every way in their time of need.

Likewise, when at two years old, her niece Dalisa Wilcoxson showed up with her mother, who was unable to provide for her, Joelle dropped everything to make a home for young Dalisa.

Since that time, Dalisa has either lived with Joelle or relied on her in some fashion. Because of Joelle's efforts, Dalisa today is a happy and successful young lady with a bright future.

From the outset, Counsel has tried to understand this case and why Joelle Fouse did these things. She is neither a gambler nor a drug addict. Furthermore, there is no history of criminality that one could point to to help explain this behavior. Ms. Fouse's resume is attached hereto and she held any number of jobs prior to Promise Community without any issues.

There is no excuse for what she did and she takes full responsibility for her actions. With that said, Counsel opines that her mother's serious illness, followed closely thereafter by her sister's breast cancer, closely coincide with Ms. Fouse's aberrant and criminal behaviors. The stress of her loved ones dire illnesses, coupled with caring for them in their time of need certainly could have triggered this dramatic shift in her behavior.

It is for these reasons that pursuant to 18 U.S.C. 3553, Defendant Joelle Fouse is asking the Court to consider a variance in her case. Counsel is asking the Court to sentence Joelle Fouse to one year and one day in the Federal Bureau of Prisons, followed by a term of Supervised Release with special conditions. Such a sentence would be sufficient, but not greater than necessary in consideration of:

**(1)** the nature and circumstances of the offense and the history and characteristics of the defendant;
**(2)** the need for the sentence imposed—
    **(A)** to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
    **(B)** to afford adequate deterrence to criminal conduct;
    **(C)** to protect the public from further crimes of the defendant; and
    **(D)** to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

Defendant Joelle Fouse fully understands the serious nature of the offense that he

committed and a sentence of one year and one day in the Federal Bureau of Prisons, followed by a term of Supervised Release with special conditions, will more than serve to deter future criminal conduct.

WHEREFORE, Defendant Joelle Fouse respectfully requests this Honorable Court impose a sentence of one year and one day, followed by a period of Supervised Release with special conditions and for such other and further relief the Court deems meet in the premises.

Respectfully submitted this 12th day of September, 2025.

Respectfully submitted,

Moran & Goldstein, L.C.

By: /s/William Goldstein
Attorney for Defendant
168 North Meramec Avenue
Ste 400
St. Louis, Missouri 63105

**CERTIFICATE OF SERVICE**

I hereby certify that on the day 12th day of Septembers, 2025, I served a true and correct copy of the foregoing **DEFENDANT JOELLE FOUSE'S SENTENCING MEMORANDUM** to the Assistant United States Attorney.

*/s/William Goldstein*

Case: 4:24-cr-00524-RWS   Doc. #: 55   Filed: 09/12/25   Page: 12 of 12 PageID #: 202

Case: 4:24-cr-00524-RWS   Doc. #: 55   Filed: 09/12/25   Page: 12 of 12 PageID #: 202